

# THE THIRTEENTH COURT OF APPEALS

13-22-00115-CV

CHARLES DEROUEN, INDIVIDUALLY AND DEROUEN EXPRESS SERVICES LLC
D/B/A JC EXPRESS SERVICES
v.
EDDIE PRIDGEN, INDIVIDUALLY AND EDDIE PRIDGEN WELDING LLC

On Appeal from the
County Court at Law No. 1 of Victoria County, Texas
Trial Court Cause No. CIV1-20575

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment in part, affirmed in part, reversed and remanded in part and reversed and rendered in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court VACATED IN PART, AFFIRMED IN PART, REVERSED and REMANDED IN PART, AND REVERSED and RENDERED IN PART, and the case is REMANDED for further proceedings consistent with its opinion.

Costs of the appeal are adjudged 50% against appellant DeRouen Express Services LLC d/b/a JC Express Services and Alex R. Hernandez and Marvin L. Faires as sureties on the supersedeas bond, and 50% against appellees. Judgment is rendered in part against the appellant, DeRouen Express Services LLC d/b/a JC

Express Services, and Alex R. Hernandez and Marvin L. Faires as sureties on the supersedeas bond, in favor of Eddie Pridgen, individually.

We further order this decision certified below for observance.

November 9, 2023